NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT E. RANDOLPH,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-1386

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-5809, Judge William S. Greenberg, Judge Michael P. Allen, Judge Coral Wong Pietsch.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules,

IT IS ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                            RANDOLPH v. MCDONOUGH

accordance with the rules.

FOR THE COURT

<u>May 1, 2023</u>
    Date                          <u>/s/ Peter R. Marksteiner</u>
                          Peter R. Marksteiner
                          Clerk of Court

**ISSUED AS A MANDATE:** May 1, 2023